UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00022-MOC

| | | |
|---|---|---|
| **BARBARA S. NOLTE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Commissioner's Motion for Remand (#15). Having considered such motion and it appearing that plaintiff does not object, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the Commissioner's Motion for Remand to the Commissioner (#15) is **GRANTED**, the plaintiff's Motion for Summary Judgment (#13) is **DENIED** without prejudice, and this matter is, hereby, **REMANDED** for further administrative proceedings consistent with the Commissioner's motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: September 5, 2017



Max O. Cogburn Jr.
United States District Judge